34 So.2d 17

### Henry DAVIS v. STATE.
### 4 Div. 482.

Supreme Court of Alabama.
Feb. 19, 1948.

Mulkey & Mulkey and E. C. Boswell, all of Geneva, for petitioner.

A. A. Carmichael, Atty. Gen., and Richard S. Brooks, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Henry Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Davis v. State, Ala.App., 34 So. 2d 15 (4 Div. 10).

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.